UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| YAN MING WANG *on behalf of himself, the proposed FLSA Collective and Putative Rule 23 Class,* | Civil No. 17-5069 (JRT/HB) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JESSY CORPORATION *d/b/a China Buffet,* et al., | |
| Defendants. | |

_____

John Troy, **TROY LAW, PLLC,** 41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355, Rachhana T Srey, **NICHOLS KASTER PLLP,** 4700 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for plaintiff.

Boris Parker, **PARKER & WENNER,** 100 South Fifth Street, 2100 Fifth Street Towers, Minneapolis, MN 55402, for defendants.

The parties filed a stipulation of dismissal with prejudice. [ECF No. 136]

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that this case is hereby dismissed from this matter with prejudice and with each party to bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 19, 2021
at Minneapolis, Minnesota.

                                                                s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                               Chief Judge
                                       United States District Court