## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Yan Ming Wang, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 17-cv-5069 JRT/HB |
| Jessy Corporation, | |
| Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this case is hereby dismissed from this matter with prejudice and with each party to bear its own costs.

Date: 5/20/2021                                                                                           KATE M. FOGARTY, CLERK